UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANDREA FAVELA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 15 cv 4028 |
| JEFFREY BOYD, | ) |
| ROCK ISLAND | ) |
| SHERIFF'S DEPARTMENT, and | ) |
| ROCK ISLAND COUNTY, | ) |
| | ) |
| Defendants. | ) |

**ROCK ISLAND COUNTY'S ANSWER AND JURY DEMAND**

NOW COMES Rock Island County by and through their attorney, Kathy L. Swett, Assistant State's Attorney, and for its Answer to Plaintiff's Complaint states as follows:

1. Defendant Rock Island County admits the allegations in Paragraph 1.

2. Defendant Rock Island County admits the allegations in Paragraph 2.

3. Defendant Rock Island County admits the allegations in Paragraph 3.

4. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 4.

5. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 5.

6. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 6.

**Facts**

7. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 7.

8. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 8.

9. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 9.

10. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 10.

11. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 11.

12. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 12.

13. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 13.

14. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 14.

15. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 15.

16. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 16.

17. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 17.

18. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 18.

19. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 19.

20. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 20.

21. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 21.

22. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 22.

23. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 23.

24. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 24.

25. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 25.

26. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 26.

27. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 27.

28. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 28.

29. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 29.

30. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 30.

31. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 31.

32. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 32.

33. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 33.

34. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 34.

35. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 35.

36. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 36.

37. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 37.

38. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 38.

39. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 39.

40. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 40.

41. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 41.

42. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 42.

43. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 43.

44. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 44.

45. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 45.

46. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 46.

47. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 47.

48. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 48.

49. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 49.

50. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 50.

51. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 51.

52. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 52.

53. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 53.

54. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 54.

55. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 55.

56. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 56.

57. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 57.

58. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 58.

59. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 59.

60. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 60.

61. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 61.

62. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 62.

63. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 63.

64. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 64.

65. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 65.

66. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 66.

67. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 67.

## **COUNT I**

### **(42 U.S.C § 1983 – Substantive Due Process)**

68. Defendant Rock Island County restates their answers to paragraphs 1through 67 as if fully set forth herein.

69. Defendant Rock Island County denies the allegations in paragraph 69.

70. Defendant Rock Island County denies the allegations in paragraph 70.

WHEREFORE, Defendant Rock Island County asks that this court deny the relief requested.

## **COUNT II**

### **(42 U.S.C § 1983 – Equal Protection)**

71. Defendant Rock Island County restates their answers to paragraphs 1 through 67 as if fully set forth herein.

72. Defendant Rock Island County denies the allegations in paragraph 72.

73. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegation in Paragraph 73.

74. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegations in Paragraph 74.

75. Defendant Rock Island County denies the allegations in paragraph 75.

WHEREFORE, Defendant Rock Island County asks that this court to deny the relief requested.

## COUNT III

### (State Law Claim for Willful and Wanton Conduct)

76. Defendant Rock Island County restates their answers to paragraphs 1 through 67 as if fully set forth herein.

77. Defendant Rock Island County denies the allegations in paragraph 77.

WHEREFORE, Defendant Rock Island County asks that this court deny the relief requested.

## COUNT IV

### (State Law claim for Intentional Infliction of Emotional Distress)

78. Defendant Rock Island County restates their answers to paragraphs 1 through 67 as if fully set forth herein.

79. Defendant Rock Island County denies the allegations in paragraph 79.

80. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegations in Paragraph 80.

81. Defendant Rock Island County does not possess sufficient knowledge to either admit or deny the allegations in Paragraph 81.

WHEREFORE, Defendant Rock Island County asks that this court deny the relief requested.

## COUNT V

### (State Law *Respondeat Superior* Claim)

82. Defendant Rock Island County denies the allegations in paragraph 82.

83. Defendant Rock Island County denies the allegations in paragraph 83.

WHEREFORE, Defendant Rock Island County asks that this court deny the relief requested.

## COUNT VI

### (Indemnification Claim pursuant to 745 ILCS 10/9-102)

84. Defendant Rock Island County denies the allegations in paragraph 84.

85. Defendant Rock Island County denies the allegations in paragraph 85.

WHEREFORE, Defendant Rock Island County asks that this court teny the relief requested.

## JURY DEMAND

Defendant Rock Island County demands a trial by jury.

/s/ Kathy L. Swett
By: Kathy L. Swett
Assistant State's Attorney
California Bar # 278531
Attorney for Defendants
State's Attorney's Office
210 5th Street, 4th Floor
Rock Island, IL 61201
Phone: (309) 558-3219
Fax: (309) 558-3244
E-mail: swettk@co.rock-island.il.us

**PROOF OF SERVICE**

      I hereby certify that on May 12, 2015, I electronically filed the foregoing: Answer to Complaint and Jury Demand with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Lawrence Jackowiak  
Amanda Yarusso  
Jackowiak Law Offices  
111 W. Washington St.  
Suite 1500  
Chicago, Illinois 60602  
(312) 795-9595  

                                       By: /s/ Kathy L. Swett