IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| ANDREA FAVELA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:15-CV-04028 |
| | ) | |
| JEFFREY BOYD, | ) | Judge James E. Shadid |
| GERALD BUSTOS, in his official capacity as, | ) | Mag. Judge Jonathan E. Hawley |
| SHERIFF OF ROCK ISLAND COUNTY, and | ) | |
| ROCK ISLAND COUNTY, | ) | |
| | ) | Jury Trial Demanded |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF POST-TRIAL DEADLINES

Plaintiff, by and through her attorneys, respectfully requests an extension of time to file certain post-trial motions and submissions and in support, states as follows:

1.     Pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure, any renewed motion for judgment as a matter of law or motion for a new trial must be filed 28 days after the entry of judgment. The jury returned its verdict October 9, 2020; the Court entered judgment on October 16, 2020. Plaintiff requests until November 20, 2020 (six weeks from the verdict) to file any post-trial motions.

2.     Pursuant to Local Rule 54.1, requests for attorneys fees are to be filed within 14 days after entry of judgment. Plaintiff requests until 30 days after the submission of post-trial motions, responses, replies and any hearing or argument to submit Plaintiff's request for attorneys fees to allow for the inclusion of additional fees incurred.

3.     Plaintiff has corresponded with Defendants and confirmed that they do not object to Plaintiff's motion for extension of time .

Respectfully submitted,

/s/ Amanda S. Yarusso
Amanda S. Yarusso
111 W. Washington St, Suite 1500
Chicago, IL 60602
T: 773-510-6198
amanda.yarusso@gmail.com

Sara Garber
Thedford Garber Law
2502 W. Division St.
Chicago, Illinois 60622
T: 773-288-9304
sara@thedfordgarberlaw.com

*Attorneys for Plaintiff*

## Certificate of Service

I, Amanda Yarusso, attorney, certify that on October 16, 2020, I filed the foregoing document using the Court's electronic-filing system causing electronic service on all parties of record via the CM/ECF system.

/s/ Amanda S. Yarusso